IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STITT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. WILBER, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 12-1552 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING MOTIONS FOR COUNSEL AND FOR CONTEMPT**<br><br>(Docket Nos. 5, 7, 8) |

　　　　On March 28, 2012, Plaintiff, a California prisoner, wrote a letter to the Court complaining that his constitutional rights were being violated. On the same day, the Clerk notified Plaintiff that he had not filed a complaint, and also notified him that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within thirty days. Plaintiff has filed a complaint and an IFP application. The IFP application is incomplete, however, as it does not include a trust account statement showing transactions of the last six months or a certificate of funds signed by an authorized prison official. Plaintiff has requested an extension of time in which to submit the trust account statement and certificate of funds. Good cause appearing, the request for an extension of time is GRANTED. Within thirty days of the date this order is filed, Plaintiff shall submit the required trust account statement and certificate of funds signed by a prison official. If he does not, the case will be dismissed. Prison officials are directed to promptly respond to Plaintiff's request for these materials by either

1  providing them to Plaintiff or mailing them to the Court directly with a clear indication
2  of the case number No. C 12-1552 JSW (PR).
3       Plaintiff's motion for appointment of counsel is DENIED at this time for want of
4  exceptional circumstances or evidence that Plaintiff cannot adequately pursue his claims
5  on his own.  Plaintiff's motion for contempt is DENIED.
6       IT IS SO ORDERED.
7  DATED: June 5, 2012

8  JEFFREY S. WHITE
   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ANTHONY STILL,

    Plaintiff,

  v.

IN RE: ANTHONY STILL et al,

    Defendant.
_____/

Case Number: CV12-01552 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Stitt #J95688
Pelican Bay State Prison
A1-221
P.O. Box 7500
Crescent City, CA 95532

Dated: June 5, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk